**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>    Plaintiff,<br>v.<br><br>**ARCHOS, INC.,**<br><br>    Defendant. | Case No. 2:14-cv-352<br><br>**PATENT CASE<br>JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>    Plaintiff,<br>v.<br><br>**HEWLETT-PACKARD COMPANY,**<br><br>    Defendant. | Case No. 2:14-cv-355<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF LONG CORNER CONSUMER ELECTRONICS LLC AND
DEFENDANT HEWLETT-PACKARD COMPANY**

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC ("Long Corner"), and Defendant Hewlett-Packard Company ("HP"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by Long Corner against HP are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

The Clerk is ORDERED to terminate HP from Case No. 2:14-cv-352, and the Clerk is ORDERED to close Case No. 2:14-cv-355.

**So ORDERED and SIGNED this 19th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE